# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 5, 2020

## NO. 03-20-00140-CV

**Brandon D. Hicks, Appellant**

**v.**

**Latisha D. Hicks, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.